

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| JONATHAN LEDESMA, | ) Case No. 8: 10-20362ES |
| | ) |
| | ) ORDER: (1) SETTING HEARING |
| Debtor. | ) ON STATUS OF CHAPTER 11 |
| | ) CASE; AND (2) REQUIRING |
| | ) REPORT ON STATUS OF |
| | ) CHAPTER 11 CASE |
| | ) |
| | ) Date: October 7, 2010 |
| | ) Time: 10:30 a.m. |
| | ) Place: Courtroom 5A |
| | ) |

You are hereby notified that a Status Conference hearing has been scheduled to take place in this Chapter 11 case at the above-captioned time and place. At the Status Conference, the Court may, among other things, set the date by which executory contracts or unexpired leases must be assumed or rejected, and set deadlines for filing proofs of claims and interests, for the filing of a plan and disclosure statement, and for confirmation of a plan. Failure to file a disclosure statement, obtain approval of a disclosure statement, or confirm a plan by any deadlines set by the Court may result in dismissal or conversion of this case.

THE COURT HEREBY ORDERS:

1. The Debtor-in-Possession (or Chapter 11 Trustee, if one has been appointed) shall give written notice of the Status Conference to all parties entitled to notice under Rule 2002(a) of the Bankruptcy Rules of Procedure, twenty-one (21) days before the hearing date stated above.

2. The Debtor-in-Possession (or Chapter 11 Trustee, if one has been appointed), shall file a Status Report with the court; submit a file-stamped courtesy copy to 411 W. Fourth Street, Fifth Floor, Santa Ana, California; and serve the Status Report upon the United States Trustee and all official committees twenty-one (21) days before the hearing date stated above.

3. The Status Report shall be supported by evidence in the form of declarations and supporting documents.

4. The Status Report shall contain a discussion regarding the following:

    (a) Whether the Debtor is in compliance with all of its duties under 11 U.S.C. §§ 521, 1106, and 1107, and all applicable guidelines of the Office of the U. S. Trustee. If not, explain why.

    (b) Whether the Debtor has employed any professionals. If so, whether the Court has approved the employment. If Court has not approved the employment, explain why.

    (c) The status of the Debtor's post-petition operations.

    (d) The status of any post-petition litigation involving the Debtor.

(e) The status of any executory contracts or unexpired leases involving non-residential real property under in which the Debtor is a lessee and the Debtor's intentions regarding the assumption/rejection of such contracts and leases.

(f) Estimation of when a plan and disclosure statement will be filed and served, if the same has not been filed already.

(g) Reasons why a plan and disclosure statement cannot be filed until the date stated above.

(h) The proposed deadline for filing proofs of claims.

(i) Whether the estate has any potential avoidance actions as described in 11 U.S.C. § 546. If so, state whether complaints have been filed. If complaints have not been filed, explain why and estimate when they will be filed.

IT IS FURTHER ORDERED that failure to comply with any provision of this order may be deemed consent to the conversion or dismissal of this case.

Date: 8/13/10

ERITHE A. SMITH
U. S. Bankruptcy Judge

- 3 -

**USERS OF THIS FORM:**

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled **ORDER: (1) SETTING HEARING ON STATUS OF CHAPTER 11 CASE; AND (2) REQUIRING REPORT ON STATUS OF CHAPTER 11 CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF@)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of                    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Anthony O. Egbase, Esq.
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA   90071

Jonathan David Ledesma
10 Camel Point
Laguna Beach, CA   92651

Jonathan David Ledesma
602 N. Roxbury Drive
Beverly Hills, CA   90210

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached