1 | PETER C. ANDERSON
United States Trustee
2 | **Nancy Goldenberg (State Bar No. 167544)**
Attorney for the United States Trustee
3 | OFFICE OF THE U.S. TRUSTEE
RONALD REAGAN FEDERAL BLDG. and
4 |     U.S. COURTHOUSE
411 W. Fourth Street, Suite 9041
5 | Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
6 | Facsimile: (714) 338-3421
E-mail: nancy.goldenberg@usdoj.gov
7 |
8 |               UNITED STATES BANKRUPTCY COURT
              CENTRAL DISTRICT OF CALIFORNIA
9 |                 SANTA ANA DIVISION

| IN RE: | CASE NUMBER: **8:10-bk-20362 ES** |
| **JONATHAN DAVID LEDESMA** | |
| | CHAPTER 11 |
| | U.S. TRUSTEE'S COMMENTS FOR COURT'S STATUS HEARING |
| | DATE: OCTOBER 7, 2010 |
| | TIME: 10:30 A.M. |
| Debtor(s) | CTRM: 5A |

The following information is provided to advise the Court as to the current status of the above-captioned case:

[X]   Debtor's proposed general insolvency counsel has not filed an application to be employed.

[X]   The Debtor has not filed a motion for use of cash collateral in this case.

[X]   The Debtor has not filed a Monthly Operating Report for the month of August 2010.

[X]   The U.S. Trustee has received some compliance with its requirements but is missing the following items:

      [X]   Proof of the opening of Debtor-in-Possession Bank Account.

//

/

1    [X]   Proof of recording of copy of Chapter 11 petition as to
           each parcel of Debtor's real property.

2

3    Date: <u>OCTOBER 1, 2010</u>                <u>/s/ Nancy Goldenberg</u>
                                         NANCY GOLDENBERG
4                                        ATTORNEY FOR THE U.S. TRUSTEE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| In re:                      |           | CHAPTER 7                        |
| JONATHAN DAVID LEDESMA       | Debtor(s) |                                  |
|                             |           | Case Number: 8:10-bk-20362-ES    |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
411 W. FOURTH ST., #9041, SANTA ANA, CA  92701

The foregoing document described **U.S. TRUSTEE'S COMMENTS FOR COURT'S STATUS HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **OCTOBER 1, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Anthony Egbase info@anthonyegbaselaw.com

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **OCTOBER 1, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitute*

Jonathan David Ledesma**,** 602 N Roxbury Drive, Beverly Hills, CA 90210

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **OCTOBER 1, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable  Erithe Smith--Bin Outside Rm 5097

_____Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| OCTOBER 1, 2010 | TARI KING  | /s/  Tari King |
| Date            | Type Name  | Signature      |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                    **F 9013-3.1**